IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ROSCOE LEE GREENSHOWARD | § | |
| | § | |
| V. | § | NO. 4:17-CV-010 DC |
| | § | |
| UBAFU TRUCKING, INC., ET AL. | § | |

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(2) and based upon the Plaintiff's Motion to Dismiss Without Prejudice [Doc. 18] filed April 25, 2018.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 26th day of April, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE